David Thompson
(Name)
480 Alta Rd
(Address)
San Diego, CA 92179
(City, State, Zip)
AU-9252
(CDCR / Booking / BOP No.)

FILED
Feb 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

# United States District Court
## Southern District of California

DAVID A. THOMPSON,
(Enter full name of plaintiff in this action.)

      Plaintiff,

v.

RJD-CF WARDEN,
~~cacecago.~~
James S. Hill,
Et. AL.
(Enter full name of each defendant in this action.)

      Defendant(s).

Civil Case No. '24CV0357 MMA DDL
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, David Thompson
(print Plaintiff's name)
_____, who presently resides at 480 Alta Rd, San Diego,
(mailing address or place of confinement)
Calif. 92179 _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at: R.J. Donavan
Correctional Facility on (dates) 9-19-23 _____, and _____.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

Pg 1 of 62

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **RJD - CF WARDEN** (name) resides in _____ (County of residence), and is employed as a **Warden** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant **L. Schobelock** (name) resides in _____ (County of residence), and is employed as a **R.N.** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant **R. Barenchi** (name) resides in _____ (County of residence), and is employed as a **CME (A)** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant **S. Gates** (name) resides in _____ (County of residence), and is employed as a **Chief Health Care Correspondence** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Pg 2 of 62

2 Defendant    John/Jane Doe    resides in  ?
3 and is employed as    Appeals Coordinator OOG at RJD-CF
4 This Defendant is being sued in his/her ☒ Individual
5 ☒ Official Capacity

9 Defendant    J. Moeckly    Resides in  ?
10 and is employed as    Reviewing Authority at the OOA
11 This Defendant is being sued in his/her ☒ Individual
12 ☒ Official Capacity

16 Defendant    A. Rayes    Resides in  ?
17 and is employed as    ADA Coordinator at RJD-CF
18 This Defendant is being sued in his/her ☒ Individual
19 ☒ Official Capacity

23 Defendant    Dr. Hodges    Resides in  ?
24 and is employed as Chief Physician and Surgeon at RJD-CF
25 This Defendant is being sued in his/her ☒ Individual
26 ☒ Official Capacity

Pg 3 of 62

Defendant R. Blanding Resides in ?
and is Employed as Custody Appeals Representative at RJD-CF
This Defendant is being sued in his/her ☒ Individual
☒ official Capacity

Defendant B. Campbell Resides in ?
and is Employed as Health Care Compliance Analyst at RJD-CF
This Defendant is being sued in his/her ☒ Individual
☒ official Capacity

Defendant V. Anderson Resides in ?
and is Employed as Health Care Grievance Representative at RJD-CF
This Defendant is being sued in his/her ☒ Individual
☒ official Capacity

Defendant Dr. Kauffman Resides in ?
and is Employed as Clinical Psychologist at RJD-CF
This Defendant is being sued in his/her ☒ Individual
☒ official Capacity

Pg 4 of 62

1. Defendant B. Millum Resides in ?
2. is Employed at Education at RJD-CF
3. This Defendant is being sued in his/her ☒ Individual
4. ☒ Official Capacity.

Count 2: The following civil right has been violated: __Deliberate Indifference__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

1. The Plaintiff in this Civil Rights action is an inmate housed at R.J. Donovan Correctional Facility at San Diego, California where this Civil Rights Violation occurred.

2. On 9-19-2023 The Plaintiff filed an ADA Reasonable Accommodation Request CDCR 1824 form requesting to be granted single cell status due to being "Fecal Incontinent." (Exhibit "1")

3. Also due to multiple Fist Fights with prior Cellies due to this issue.

4. Also on 9-19-2023 The Plaintiff filed a CDCR 602 HC also requesting to be granted single cell status through medical. (Exhibit "2")

5. On 9-20-2023 a Sergeant came to the Plaintiff's cell door on C-Yard building Eleven cell 146 and told the Plaintiff that the ADA 1824 was not the way to request single cell status and the Sergeant walked away. End of Conversation.

6. On 9-25-2023 The Plaintiff filed a CDCR 602 also to request to be granted single cell status. (Exhibit "3")

Pg 6 of 62

1  7. The Plaintiff filled all 3 to make
2  sure that all administrative Remedies were
3  Exhousted when all 3 were compleat.
4
5  8. On 9-21-2023 Reasonable Accommodation
6  Panel (here in RAP) came together and the
7  following defendants made a decision.
8
9  Defendants:
10  A. Reyes, ADA Coordinator
11  Dr. Hodges, Chief Physician and Surgeon
12  R. Blanding, Custody Appeals Representative
13  B. Campbell, Health Care Compliance Analyst
14  V. Anderson, Health Care Grievance Representative
15  Dr. C. Kauffman, Clinical Psycologist
16  B. Millum, Education
17
18  9. Their responce "Inmate Thompson is 6'1" 249 lbs
19  and appears Fit." "RAP discovered no records suggesting
20  physical or mental vulnerabilities that could hinder
21  Inmate Thompson ability to defend them selves" (see
22  Exhibit "4")
23
24  10. The final responce from the First Level office
25  of Grievance Decision (here in OOG) was forwarded
26  to the Plaintiff on 10-18-2023. Exhibit "5"
27
28  11. On 10-20-23 the plaintiff filed a CDCR

Pg 7 of 62

1  602-2 to the Office of Appeals (here in OOA)
2  which was received by the OOA on 10-30-2023
3  and given a due date of 12-30-2023 (see Exhibit "6"
4  and Exhibit "7"
5
6  12.  On 12-28-23 the OOA answered the
7  CDCR 602-2 stating the "RAP, provided You with
8  an appropriate and substansive response to Your request.
9  The OOG's response is appropriate; therefore, this claim is
10 denied." (Exhibit "8")
11
12 13.  Defendant H. Moseley clearly is stating that
13 its Appropriate that the RAP and OOG approve
14 of the Plaintiff being attacked by his Cell
15 mate because the Plaintiff is "Fical Fncontinent."
16
17 14.  Just the answer that the Plaintif is
18 "6'1" 249 Lbs and Fit ... and Can 'Defend' them
19 themselves" violates Multiple Laws and multiple
20 rules in the Title 15 and Department Opperations
21 Manual (here in DOM).
22
23 15.  If the Plaintiff "Defends" himself, he
24 will be writen up and given a "Rules Violation
25 Report CDCR 115" and Even More if the
26 Plaintiff Causes G.B.I. or even Death to his
27 Attacker the Plaintiff will be charged with
28 a crime and the District Attorney will Pick

Pg 8 of 6

up these charges.

16. On November 28, 2023 the Defendant R. Barenchi, MD, Chief Medical Executive (A) answered the 602 HC First Level. Exhibit "9"

17. On 12-02-2023 the plaintiff sent the 602 HC to the Second Level Cheif of Appeals. See (Exhibit "2")

18. On 1-12-2024 the Defendant S. Gates, Chief Health Care Corrispondenc answered the final level of the 602 HC. (Exhibit "10")

19. On 10-03-2023 the OOG responded to the 602 in Exhibit "3" "Decision: Redirected" Exhibit "11"

20. On 10-06-2023 The plaintiff filed a CDCR 602-2 in responce to the "Decision: Redirected" Exhibit "12"

21. On 11-22-2023 The Appeals Coordinator Defendant J. Moeckly claiming this 602 was "Granted" Exhibit "13"

22. The "Granted" 602 was because the original 1824 Exhibit "1" was pending review.

Pg 9 of 63

23. Exhibit "14" is a Memorandum that is dated January 19, 2016 signed by SCOTT KERNAN Secretary of CDCR.

24. This Memorandum Subject: Inmate Housing Assignment Considerations During the Screening and Housing Process.

25. The Plaintiff in this case asserts and verifies that he is a victim of in cell violence due to his Fical Incontinence.

26. The Plaintiff also asserts and verifies that out of fear for his own life NEVER "Snitched" on prior cellies he has fought with out of his safety.

27. Plaintiff asserts and verifies that Exhibit "14" states, "It is not necessary that the inmate also demonstrate a history of in cell abuse in order to be approved for Single-Cell Status.

28. Page 2 of Exhibit "14", "Examples of inmates who should be considered for Single-Cell Status, or other appropriate housing, on the basis of vulnerability are:
"An inmate who is incontinent, and has 'uncontrolled mishaps' that require him to clean himself at all hours of the day and night"

"An inmate who states he has a history of being victimized by his cell partner as a result of his disability"

29. Plaintiff asserts and verifies that he had been victimized by prior cellies and stated so in Exhibit "1", Exhibit "2", and Exhibit "3".

30. All Defendants in this case are all liable for Damages because each one has violated the Plaintiffs right to be and feel safe within his own cell.

I David Thompson do swear under Penalty of Perjury the aforegoing is true and correct to the best of my knowledge.

Signed on this 2nd day of February 2024. At San Diego, California.

Respectfully submitted,

*David Thompson* (signature)

David Thompson

Pg 11 of 62

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____
Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: ~~scribbled out~~

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Filed 1824 ADA Request and Exhausted fully
Filed 602 HC and Exhausted fully
Filed 602-1 and Exhausted fully

Copies are in Exhibit's "1" through "13"

Pg 12 of 62

Blank Page

On Purpose

Cause Numbering was wrong

*David Thompson*

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from giving the Plaintiff a cell mate due to medical needs and safety concerns caused by fecal incontenance. Defendants pay filing fees.

2. Damages in the sum of $ 500,000.00

3. Punitive damages in the sum of $ 500,000.00

4. Other: Perminate single cell status due to medical conditions affirmed in this case.

F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

2-2-2024
Date

_____
Signature of Plaintiff

Pg 14 of 62

David Thompson
AU-9252    C-11-146
480 Alta Rd
San Diego, CA 92179
       RJD-CF

2-17-24

Clerk of The Court,

    I am going to file for IN FORMA PAUPERIS for this case.
    Due to the Criminal Activity by the Correctional Officers and The Administration here at R.J. Donovan Correctional Facility I am unable to process the Paperwork the way the Prison wants me to.
    They want me to send this case with the Paperwork to the Trust Office through the Crooked Staff. I fear that if I do this my Paperwork will be thrown away.
    I am requesting that you give this case a Case Number and that you send me the Number and I will write it on the IN FORMA PAUPERIS Forms and send just that to the trust office so the proper forms will be sent to you.
    I am sorry for this inconvenance but I don't know any other way to do this. As I stated These Staff here are involved in criminal Activity and I have multiple cases being investigated by Internal Affairs here -

AU-9252    C-11-146
480 Alta Rd
San Diego, CA
    92179

RJDCF

LEGAL
MAIL

RECEIVED
FEB 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

U.S. District Court
Southern District
of California
221 Broadway
San Diego, CA
    92101

US POSTAGE $03.79

