EXHIBIT "1"

*E-MERGENCY*

STATE OF CALIFORNIA
REASONABLE ACCOMMODATION REQUEST
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| RJD | 452217 | SEP 20 2023 |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| Thompson | AU-9252 | | C-11-146 |

INSTRUCTIONS:

- You may use this form if you have a physical or mental disability or if you believe you may have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity.  You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I have medical issues that cause me to Shit myself. It has caused me to get into physical fist fights with my cellie. I just had Spinal fusion Surgery on my neck on 9-13-23 and came back on 9-15-23 my cellie told me if I didn't move he didn't care if I just had neck surgery he's going to fight. I am not safe in a cell with another person. What happens when the next cellie I am given Decides that he wants to stab me or kill me cause I can't help from shitting on myself.
I don't always have control when I shit and I'm forced to wear Diapers.
I shouldn't have to fight my cellie's because I can't help the fact that this happens.

**WHAT DO YOU NEED?**

I am requesting that I be given permanent single cell housing for my safety, and the safety and security of the prison.

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☑   No ☐   Not Sure ☐

List and attach documents, if available;

In my medical files. I am given Diapers and wipes every month.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | 9-14-23 |
|---|---|
| | DATE SIGNED |

Assistance in completing this form was provided by:

Last Name                    First Name                    Signature

Pg 16 of 6 2

EXHIBIT "2"

*Emergency*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: |
|---|---|---|
| L. Schobelock, RN | | RJD HC 23001337   ~~SEP 2 9 2023~~ |
| | | *L. Schobelock, RN*   SEP 2 1 2023 |
| Staff Name and Title (Print) | Signature | Date |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | | CDCR #: | Unit/Cell #: |
|---|---|---|---|
| Thompson | David | AU-9252 | C-11-146 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy: My life is in danger. I have alot
of medical issues one of which is I shit myself. I am given
adult diapers and wipes for this issue.
The problem that I have is my cellie I've been in 4 fights
because I shit myself and my cellie attacked me.
On 9-13-23 I went to the Hospital and had Spinal Fusion
Surgery. I came back on 9-13-23 and my cellie told
me that if I didn't move he didn't care if I just had
surgery or not if I didn't move we were going to fight again.
I was able to get a cell move to a cell by myself but
I am afraid that my Next cellie might want to kill
me cause of my medical conditions. I don't want

Supporting Documents Attached. Refer to CCR 3999.227  ☒ Yes  ☐ No

| Grievant Signature: | Date Submitted: 9-19-23 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.  DT.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only   Is a CDCR 602 HC A attached? ☒ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date:          Date:

☐ Withdrawn (see section E)

| ☒ Accepted | Assigned To: HCARN | Title: HCARN | Date Assigned: 9.29.23 | Date Due: 11-28-23 |
|---|---|---|---|---|

| Interview Conducted? | ☒ Yes ☐ No | Date of Interview: OCT 2 4 2023 | Interview Location: Cynd clinic |
|---|---|---|---|

| Interviewer Name and Title (print): L. Schobelock, RN | Signature: *L. Schobelock, RN* | Date: OCT 2 4 2023 |
|---|---|---|

| Reviewing Authority Name and Title (print): R. BARENCHI, CME (A) | Signature: | Date: 11/27/23 |
|---|---|---|

| Disposition: See attached letter | ☐ Intervention | ☒ No Intervention |
|---|---|---|

HCGO Use Only: Date closed and mailed/delivered to grievant:  NOV 2 8 2023

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☒ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ Patient summed information |
| ☐ DPS ☒ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☒ Reached |
| ☐ Not Applicable | ☒ Other: Clearly | *See chrono/notes |
| 4. Comments: EC completed in Corner | | |

RECEIVED
RJD
SEP 2 1 2023
HCGO

COMPLETED
RJD
STAFF USE ONLY
HCGO

Pg 18 of 62

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2
Tracking #: RJD HC 2300337

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Do You think I'm stupid? You are a Liar? First You claim falsely that you interviewed me on October 24, 2023. This is a Lie! You are a Liar! Second You Claim I was interviewed by mental health on September 24, 2023 about this issue. This is a Lie. You are a Liar!

Shitting on myself is a MEDICAL Issue which makes my safety Your Concern.

Your Failure to protect me from Assult because I shit my self YOU ARE RELIABLE FOR

Grievant Signature: _____  Date Submitted: 12-2-23

---

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☑ Yes    ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section E)    ☑ Accepted

☐ Amendment    Date: _____

Interview Conducted?    ☐ Yes  ☑ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☑ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:    JAN 1 2 2024

---

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____
_____
_____
_____

Grievant Signature: _____    Date Submitted: _____

Staff Name and Title (Print): _____    Signature: _____    Date: _____

RECEIVED
RJD
SEP 21 2023
HCGO

COMPLETED
RJD
NOV 28 2023
HCGO

STAFF USE ONLY

COMPLETED
HCCAB
JAN 1 2 2024

Distribution: Original - Returned to inmate after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record).

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

Pg 19 of 62

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Tracking #:

RTD HC 23001337

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Thompson      David | AW-1252 | C-11-146 |

**SECTION A** | Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

have control over my own Bodily Functions at no falt of my own.

By you putting some one in my cell you are putting my life at risk I can not keep fighting my cellies cause I can't stop shitting myself.

What happens if you put some one in my cell that is a lifer and decides that he wants to kill me cause I shit myself?

How will you explain this to my children.

I am requesting that I be given Piriminate Single cell housing for my safety and for the safety and security of the prison

I am requesting to be interviewed in an Emergency to keep me safe and the institution safe.

Grievant Signature: _____      Date Submitted: 9-19-23

**SECTION B** | Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____      Signature: _____      Date: _____

RECEIVED
RJD
SEP 21 2023
HCGO

COMPLETED
RJD
NOV 28 2023
HCGO

RECEIVED
HCGO

STAFF USE ONLY

COMPLETED
HCGO
JAN 12 2024

Pg 20 of 62

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: RJD HC 23001337

SECTION C: Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response):

My Safety !!

This 602 Tells You I have safety concerns when it comes to having a Cellie because I SHIT MYSELF

Your Claim That I have No Safety Concerns means You either did NOT Read my 602 or are to incompetent to do Thir Job or You Cant Read!

Your Ignorance is Not a defence in The eyes of the Law.

If I am forced to take a Cellie and I am assaulted I am coming after You in Court!

I had spinal fusion on my Neck on 9-13-23. The Surgeon showed me my MRI and Explained to me the Nerve Damage on my spinal cord is prominate and I will probily Niver regain control of my Bowls. Being Assaulted because of this is Your Fault!

Grievant Signature: _____     Date Submitted: 12-2-23

SECTION D: Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (If necessary at HQ Level).

Name and _____     Signature: _____     Date: _____

RECEIVED
RJD
SEP 21 2023
HCGO

COMPLETED
RJD
NOV 28 2023
HCGO

STAFF USE ONLY

Distribution: Original - Returned to grievant after completed. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

Pg 21 of 62

EXHIBIT "3"

Pg 22 of 62



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** THOMPSON, DAVID A.                    **CDC#:** AU9252

**Date:** 09/25/2023

**Current Location:** RJD-Facility C                    **Current Area/Bed:** C 011 114G001L

**From:** Office of Grievances at RJ Donovan Correctional Facility

**Re:** Log # 000000454203

The California Department of Corrections and Rehabilitation Office of Grievances at RJ Donovan Correctional Facility received your grievance on 09/25/2023. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 11/25/2023.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

Pg 23 of 62

EMERGENCY

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

SEP 25 2023                                                                    Page 1 of 2

| |
|---|
| OGT Log No: _____  Date Received: _____ |
| Decision Due Date: _____ |
| Categories: _____ |

Claimant Name: _Thompson_                                    CDCR #: _AL-9252_

Institution/Parole Region: _RJD-SP_          Current Housing/Parole Unit: _C-11-146_

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

I am housed in C-11-146 Here at RJD-SP. I have alot of medical issues and one of them is I have incontinence. In other words I shit on myself. I can not control my bowels.

I was housed in a cell with a cellie until Sept 17, 2023 when I came back from my spinal fusion surgery and was re housed in this cell.

Due to my incontinence I've been getting into Physical fist fights with my past cellies.

You are forcing me to fight my cellies by giving me cellies.

I can not help the fact that I shit on myself.

On 9-13-23 I went out and had Spinal Fusion Surgery in my neck and I came back from the hospital on 9-15-23 my cellie told me

Pg 24 of 62

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

CONTINUATION PAGE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

he didnt care if I Just had spinal surgery or
Not that if I ended up shitting on myself that
We were going to fight.

What happins if You give me a Cellie that doesn't
Want to fight ME but decides he wants to Stab
me because he doesn't want to smell shit.

Are You going to let someone kill me because of
my medical issues?

This is a clear violation of my Safety and the
Safety and security of the institution.

MY Life is in the hands of who ever You
Put in a Cell with me.

I am requesting that I be given pirminate
Single Cell status until hopefully one day I
may regain control of my Bowels.

I should Not be forced to have to fear for my
Life that You give me a Cellie who may want to
kill me cause I shit myself.

Please keep me Safe and the ~~institution~~ instalation
Safe.

Claimant Signature: _____

Date Signed: 7-25-23

Pg 25 of 62

# EXHIBIT "4"

REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

| | | |
|---|---|---|
| **RAP Meeting Date:** 09/21/2023 | **Date IAC Received 1824:** 09/20/23 | **1824 Log Number:** RJD-452217 |
| **Inmate's Name:** THOMPSON | **CDCR #:** AU9252 | **Housing:** RJD-C-11-146 |

**RAP Staff Present:** A. Reyes, ADA Coordinator; Dr. Hodges, Chief Physician & Surgeon; R. Blanding, Custody Appeals Representative; B. Campbell, Health Care Compliance Analyst; V. Anderson, Health Care Grievance Representative; Dr. C. Kauffman, Clinical Psychologist; B. Millum, Education.

**Summary of Inmate's 1824 Request:**

1. Requesting single cell housing to be permanent for their safety and the safety of the prison.

<u>Interim Accommodation</u>:

Interim accommodation provided:

FINAL RESPONSE:

**RAP is able to render a final decision:**

Inmate Thompson submitted a Request for Reasonable Accommodation Requesting single cell housing to be permanent for their safety and the safety of the prison. Due to being incontinent. Alleges they shouldn't have to fight their cellmates due to that happening.

An Armstrong Court Compliance Sergeant (ACCS) interviewed Inmate Thompson on 09/20/23 to gather any additional information on the request submitted. Per the ACCS, Inmate Thompson was educated to submit a CDCR form GA22 directed to assigned counselor. Inmate Thompson stated that he does not have issues accessing incontinent supplies. Housing unit staff indicated no observation of conflicts with other inmates. Neve asks for showers or supplies. No hygiene issues or cell hygiene issues. Participates in Program, Services and activities without problems. The ACCS notes Inmate Thompson is current the sole occupant of cell 146 in Housing Unit 11. Inmate Thompson stated he does not have safety concerns. Inmate Thompson is 6' 1" 249lbs and appears fit. Inmate has no incidents in SOMS guesting he has been a victim. The ACCS determined an interim accommodation is not required.

A DVP was submitted by a Medical Subject Matter Expert (SME) on 09/20/2023 stating patient does have incontinence; however, there is no medical indication for medical isolation.

In consideration of your Reasonable Accommodation Request, your current case factors to include medical, mental health and disabilities were reviewed for consideration of single cell housing. RAP discovered no records suggesting physical or mental vulnerabilities that could hinder Inmate Thompson ability to defend themselves. SOMS physical limitations to job or other reflects lifting restrictions only. At this time, there has been no change in your case factors to warrant a change to the most recent committee action, which deemed Inmate Thompson double cell cleared. Based upon a thorough review of all case factors and relevant information it appears that there is no significant risk of attacks that would necessitate singe cell placement solely due to incontinence concerns. Therefore, incontinence should not be the sole basis for a singe cell assignment at this time. If case factors change, Inmate Thompson I is encouraged to submit a CDCR 1824 request for revelation.

The RAP finds that there are no other outstanding matters on the CDCR 1824 that require solution or intervention at this time. The rendering of this RAP decision is based upon the review of submitted documentation, input and collaboration between all panel members.

**Direction if dissatisfied**:  If you disagree with this decision, you may submit a CDCR 602 Grievance and/or a CDCR 602 HC Grievance. Be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

A. Reyes, AW
**ADA Coordinator/Designee**          **Signature**          Date sent to inmate: OCT 2 4 2023

Pg 27 of 62

# EXHIBIT "5"

*Single Cell Status*



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** THOMPSON, DAVID ALLEN      **Date:** 10/18/2023
**CDC#:** AU9252
**Current Location:** RJD-Facility C      **Current Area/Bed:** C 011 1 - 146001L

Log #: 000000452217

**Claim #: 001**

**Received at Institution/Parole Region:** RJ Donovan Correctional Facility
**Submitted to Facility/Parole District:** RJD-Facility C
**Housing Area/Parole Unit:**
**Category:** CDCR Form 1824      **Sub-Category:** Single Cell Category (SCS)

### I. CLAIM

1. Requesting single cell housing to be permanent for their safety and the safety of the prison.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

#### B. DOCUMENTS CONSIDERED

Disability Verification Process Worksheet (s)
Interim Accommodation Procedure (IAP)/ Interview Worksheet

### III. REASONING AND DECISION

Inmate Thompson submitted a Request for Reasonable Accommodation Requesting single cell housing to be permanent for their safety and the safety of the prison. Due to being incontinent. Alleges they shouldn't have to fight their cellmates due to that happening.
An Armstrong Court Compliance Sergeant (ACCS) interviewed Inmate Thompson on 09/20/23 to gather any additional information on the request submitted. Per the ACCS, Inmate Thompson was educated to submit a CDCR form GA22 directed to assigned counselor. Inmate Thompson stated that he does not have issues accessing incontinent supplies. Housing unit staff indicated no observation of conflicts with other inmates. Neve asks for showers or supplies. No hygiene issues or cell hygiene issues. Participates in Program, Services and activities without problems. The ACCS notes Inmate Thompson is current the sole occupant of cell 146 in Housing Unit 11. Inmate Thompson stated he does not have safety concerns. Inmate Thompson is 6' 1" 249lbs and appears fit. Inmate has no incidents in SOMS disciplinary record suggesting he has been a victim. The ACCS determined an interim accommodation is not required.

A DVP was submitted by a Medical Subject Matter Expert (SME) on 09/20/2023 stating patient does have incontinence; however, there is no medical indication for medical isolation.

In consideration of your Reasonable Accommodation Request, your current case factors to include medical, mental health and disabilities were reviewed for consideration of single cell housing. RAP discovered no records suggesting physical or mental vulnerabilities that could hinder Inmate Thompson ability to defend themselves. SOMS physical limitations to job or other reflects lifting restrictions only. At this time, there has been no change in your case factors to warrant a change to the most recent committee action, which deemed Inmate Thompson double cell cleared. Based upon a thorough review of all case factors and relevant information it appears that there is no significant risk of attacks that would necessitate singe cell placement solely due to incontinence

*Pg 29 of 62*

# EXHIBIT "6"

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

OOA RECEIVED

OCT 30 2023

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 000000452217 | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

| Claimant Name: | THOMPSON, DAVID ALLEN | CDCR #: | AU9252 |
|---|---|---|---|

Institution/Parole Region: **RJD-SP**    Current Housing/Parole Unit: **C-11-146**

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: ____000000452217____    Claim No: _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ The Answer by the RAP shows the in competence of Staff here. They clearly stats that I am big enough to defend myself. So Now if I am Forced to take a cellie who trys to kill me due to my incontinance and I End up killing this person it will be in self Defence.

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

OOA Review
Imminent Risk: Y N
OOG Notification: Y / N
Initials: _____ Date: 10-30
009
Directq
Issue

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will _not_ consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _____    Date Signed: 10-20-23

_ADA Accessible_

Pg 32 of 62

OGT RECEIVED

OCT 30 2023

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:** 000000452217   **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* Your answer violates Multiple rules and Laws.

Also You are saying that it is ok if I'm attacked due to my medical issues. You have stated that I was interviewed by an "ACCS" Which is a straight up lie. A Sgt came to my Cell and Said my requesting Single Cell Status is Not an ADA issue and (Left my) Door.

In fact I Demand that this BWC of this officer be saved for evidence to the courts. So that after I get my final copy of this 602 I can take this to the courts and make sure that I am Never found guilty for defending myself.

I demand that I am given single cell status. I demand that I be given a chrono stating that for this 1824/602 I have the right to defend myself and that I can NOT EVER be found guilty of ANY RVR for Defending myself.

Like I said in the original 1824 I have gotten into fist fights with my past celliss due to my incontinence and Now Your responses says that is ok. You NOW condons my being Attacked by my celly I get.

I Have NO Safety Concerns in this Yard the ONLY Safety concerns comes to getting a Cellie that WILL ATTACK me due to me having a MEDICAL problem that causes me to SHIT on myself. Your Answer gives other inmates permission to Attack me which is illegal. Your Job clearly states You have to Protect All inmates from Assault and or Attack.

ADA Accessible

Pg 33 of 62

# EXHIBIT "7"



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

C11-146

12-30-23

## OOA ACKNOWLEDGMENT RECEIPT

**Offender Name:** THOMPSON, DAVID A.                    **Date:** 10/30/2023

**CDC#:** AU9252

**Current Location:** RJD-Facility C

**Current Area/Bed:** C 011 1146001L

**From:** Office of Appeals

**Re:** Log # 000000452217

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 10/30/2023. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 12/30/2023.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.

CUCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT

Pg 35 of 6

# EXHIBIT "8"



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

| | | |
|---|---|---|
| **Offender Name:** THOMPSON, DAVID ALLEN | | **Date:** 12/28/2023 |
| **CDC#:** AU9252 | | |
| **Current Location:** RJD-Facility C | | **Current Area/Bed:** C 011 1 - 146001L |

**Log #:** 000000452217

---

**Claim # 001**

**Received at Institution/Parole Region:**   RJ Donovan Correctional Facility
**Submitted to Facility/Parole District:**   RJD-Facility C
**Housing Area/Parole Unit:**
**Category:** CDCR Form 1824                **Sub-Category:** Single Cell Category (SCS)

### I. ISSUE ON APPEAL

You are disputing the response provided to you within Reasonable Accommodation Panel Response, Log No. 452217, in which you are requesting single cell status due to incontinence.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3483;
Reasonable Accommodation Panel Desk Reference Manual.

#### B. DOCUMENTS CONSIDERED

CDCR 602-1 and CDCR 602-2;
CDCR 1824, Reasonable Accommodation Request, Log No. 452217;
Interim Accommodation Procedure/Interview Worksheet, Log No. 452217;
Disability Verification Process, Log No. 452217;
RAP Response, Log No. 452217;
Strategic Offender Management System, Offender Grievance/Appeal Tracking.

### III. REASONING AND DECISION

The RAP is comprised of both medical and custody staff who are in the best position to evaluate your needs. An Interim Accommodation Assessment was completed, and as stated in the Reasonable Accommodation Panel Response, you are safely accessing programs, services, and activities. Through interview it was determined that at the time of the interview you had no cellmate. Per the Health Care Department Operations Manual, Section 3.6.2, Comprehensive Accommodation, except for control of infectious disease or for mental health reasons as recommended by a Mental Health Interdisciplinary Treatment Team, housing (single cells, cell housing, dormitory housing) is not considered a medically necessary accommodation and will not be ordered by health care staff. Pursuant to Title 15, section 3269(d), "Single cell status shall be considered for those inmates who demonstrate a history of in-cell abuse, significant in-cell violence towards a cell partner, verification of predatory behavior towards a cell partner, or who have been victimized in-cell by another inmate." On November 7, 2023, your double cell status was reaffirmed by the Institution Classification Committee during your annual review. The Office of Appeals finds that the Reasonable Accommodation Panel provided you with an appropriate and substantive response to your request. The Office of Grievances' response

*Pg 37 of 62*

# EXHIBIT "9"

Pg 39 of 62



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:**   NOV 2 8 2023

**To:**   THOMPSON, DAVID (AU9252)
C 011 1146001LP
Richard J Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

**Tracking #:**   RJD HC 23001337

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Chrono Issues ( Single Cell ) | You have potential safety concerns if you get a new cellmate due to incontinence issues and are wanting single cell. |

## INTERVIEW
On October 24, 2023, you were interviewed by L. Schobelock, Health Care Appeals Registered Nurse (HCARN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.      [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance was reviewed by the Centralized Screening Team per California Code of Regulations, Title 15, Section 3486.1, and was deemed not to meet the definition of staff misconduct.

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate:
- On September 24, 2023, you were seen by Mental Health staff. It was noted you have no acute safety concerns currently during the assessment.
- Per chart review, you are not documented as having an infectious disease requiring single cell. Incontinence is not a criteria for a single cell chrono. It is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

Pg 40 of 62

D. THOMPSON, AU9252
RJD HC 23001337
Page 2 of 2

    Committee process.

- Your providers did not document health concerns that would preclude housing you in a shared cell environment. Per the Health Care Department Operations Manual, Section 3.6.2, Comprehensive Accommodation, except for control of infectious disease or for mental health reasons as recommended by a Mental Health Interdisciplinary Treatment Team, housing (single cells, cell housing, dormitory housing) is not considered a medically necessary accommodation and will not be ordered by health care staff. Per California Code of Regulations, Title 15, Section 3269(f), "In cases where single cell status is recommended by clinical staff due to mental health or medical concerns, a classification committee shall make the final determination of an inmate's cell assignment." As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.
- Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Concerns regarding custody actions, decisions, or application of policies or procedures are not health care services issues over which California Correctional Health Care Services has jurisdiction. As such, any concerns related to custody staff or functions will not be addressed in this health care grievance response.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____
R. Barenchi, MD
Chief Medical Executive (A)
Richard J Donovan Correctional
Facility

11/27/23
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

Pg 41 of 62

HEALTH CARE SERVICES

## ADA/Effective Communication Patient Summary

As of: 11/28/2023 15:12

Patient Information

NAME: THOMPSON, DAVID
CDCR: AU9252

Disability Placement Program

Current DPP Code(s):
 * DNH
 * DPM

DPP Verification/Accommodation Date: 09/21/23 10:44:29 PDT

Current Housing Restrictions/Accomodations:
 * Lifting Restriction
 * Bottom Bunk
 * Ground Floor - No Stairs

Methods of Communication

SLI: No

Hearing Primary: Need Staff to Speak Loudly and Clearly

Hearing Secondary: Hearing Aids

Speech Primary:

Speech Secondary:

Vision Primary:

Vision Secondary:

Interview Date: 04/24/2023 00:00

Developmental Disability Program

Current DDP Code:

Effective Date:

Adaptive Support Needs:

Reading Level

Reading Level: 12.9

Reading Level Date: 09/24/2015 00:00

Learning Disabilities

Learning Disabilities: No

English Proficiency

LEP: No

Primary Language: English

Durable Medical Equipment

Current ISSUED DME:
 * Cane Permanent
 * Eyeglass Frames Permanent
 * Hearing Aid Permanent
 * Hearing Impaired Disability Vest Permanent
 * Incontinence Supplies Permanent
 * Knee Braces Permanent
 * Mobility Impaired Disability Vest Permanent
 * Non-invasive Airway Assistive Devices (C-Pap) Permanent
 * Therapeutic Shoes/Orthotics Permanent
 * Truss Hernia Support Permanent
 * Other Permanent:hard cervical collar wedge pillow

Dental Prosthetic:
 * Upper Denture Type: None
 * Lower Denture Type: None
 * Night Guard: Yes

Dental Prosthetic Date: 10/09/17 10:11:00 PDT

MHSDS

MHLOC:   CCCMS

RECEIVED
HCOA?
Pg 42 of 62

# EXHIBIT "10"

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


## Headquarters' Level Response

**Closing Date:**  JAN 1 2 2024

**To:**  THOMPSON, DAVID (AU9252)
Richard J Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

**From:**  California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**   RJD HC 23001337

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Chrono Issues ( Single Cell ) | You have potential safety concerns if you get a new cellmate due to incontinence issues and are wanting single cell. |
| Issue: | Grievances ( Grievance Status ) | Emergency interview. |

## HEADQUARTERS' LEVEL DISPOSITION

[X]  No intervention.      [ ]  Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance was reviewed by the Centralized Screening Team per California Code of Regulations, Title 15, Section 3486.1, and was deemed not to meet the definition of staff misconduct against health care staff.

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA  95758

D. THOMPSON, AU9252
RJD HC 23001337
Page 2 of 3

- Health care staff, utilizing clinical expertise within the scope of their licensure, is responsible for determining if a health care grievance warrants expedited processing, not the grievant. Your health care grievance was identified by licensed clinical staff to not meet the criteria for expedited processing per California Code of Regulations, Title 15, Section 3999.228(b)(2) and/or 3999.230(b)(1)(B).
- You alleged you were not interviewed regarding your health care grievance issues; however, your allegation is refuted per the CDCR 602 HC, Health Care Grievance, and the Institutional Level Response, which indicate you were interviewed on October 24, 2023, regarding this health care grievance.
- You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.
- On October 26 and December 11, 2023, you were seen by the primary care provider and mental health staff for issues unrelated to this grievance. Your providers did not document health concerns that would preclude housing you in a shared cell environment.
  - Per the Health Care Department Operations Manual, Section 3.6.2, Comprehensive Accommodation, except for control of infectious disease or for mental health reasons as recommended by a Mental Health Interdisciplinary Treatment Team, housing (single cells, cell housing, dormitory housing) is not considered a medically necessary accommodation and will not be ordered by health care staff. Per California Code of Regulations, Title 15, Section 3269(f), "In cases where single cell status is recommended by clinical staff due to mental health or medical concerns, a classification committee shall make the final determination of an inmate's cell assignment." As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

The responsibilities of overall treatment planning within the Mental Health Services Delivery System rest with an Interdisciplinary Treatment Team. These responsibilities include formulation and approval of individualized treatment plans including a diagnosis, identified problems, treatment objectives measurable in behavioral terms, housing recommendations, property recommendations at the inpatient level, and level of care determinations. In consultation with the Interdisciplinary Treatment Team, the Primary Clinician develops an individualized treatment plan for all Mental Health Services Delivery System patients. Treatment plans are based on current assessments from all disciplines and with as much participation from the patient as possible. The patient shall be included in the Interdisciplinary Treatment Team, unless the patient refuses to participate. While it is best if the treatment team and patient agree, unanimity is not required.

You have the right to exhaust your administrative remedies or file a civil action. It is your personal responsibility to obtain legal counsel if you so choose. The Prison Litigation Reform Act (42 U.S.C § 1997e[a]) states: "No action shall be brought with respect to prison conditions under § 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

Pg 45 of 62

P.O. Box 588500
Elk Grove, CA  95758

D.THOMPSON, AU9252
RJD HC 23001337
Page 3 of 3

While California Correctional Health Care Services health care providers are responsible for documenting health factors to be considered in making placement decisions, custody is responsible for determination of appropriate institutional placement and housing assignment. As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

It is not in the purview of grievants to dictate administrative actions in regard to the health care grievance process. Your health care grievance was processed per California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

Concerns regarding custody actions, decisions, or application of policies or procedures are not health care services issues over which California Correctional Health Care Services has jurisdiction. As such, any concerns related to custody staff or functions will not be addressed in this health care grievance response. This does not preclude the Centralized Screening Team from identifying allegations of staff misconduct against custody staff during the review of this health care grievance and processing such in accordance with California Code of Regulations, Title 15, Section 3486.2.

This decision exhausts your administrative remedies.

_____
S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

_____
January 12, 2024
Reviewed and Signed Date

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

Pg 46 of 62

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA  95758

# EXHIBIT "11"

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## OFFICE OF GRIEVANCES DECISION

**Offender Name:** THOMPSON, DAVID ALLEN          **Date:** 10/03/2023
**CDC#:** AU9252
**Current Location:** RJD-Facility C          **Current Area/Bed:** C 011 1 - 146001L

Log #: C00000454203

**Claim #: 001**
**Received at Institution/Parole Region:**    RJ Donovan Correctional Facility
**Submitted to Facility/Parole District:**    RJ Donovan Correctional Facility
**Housing Area/Parole Unit:**
Category:   Offender Classification       **Sub-Category:**   Celling Issues (single/double)

The California Department of Corrections and Rehabilitation received your grievance on 09/25/2023 which you submitted on 09/25/2023. Your request for an interview, item, assistance, or service was redirected to appropriate staff in accordance with the California Code of Regulations, title 15.

Your request will be addressed by appropriate staff at RJ Donovan Correctional Facility, as determined by the Reviewing Authority.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**

Pg 48 of 62

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | **OGT Log No:** 000000454203 **Date Received:** _____ |
| | **Decision Due Date:** _____ |
| | **Categories:** _____ |

Claimant Name: _____ THOMPSON, DAVID ALLEN _____   CDCR #: _____ AU9252 _____

Institution/Parole Region: _____ Current Housing/Parole Unit: _____

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: _____ 000000454203 _____   Claim No: _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ _____

_____

_____

_____

_____

_____

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _____   Date Signed: _____

_ADA Accessible_

Page 49 of 62

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:** _____000000454203_____   **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*ADA Accessible*

Pg 80 of 82

# EXHIBIT "12"

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

OOA RECEIVED
STAFF USE ONLY
OCT 1 6 2023

| | |
|---|---|
| Appeal #: | Date Received: |
| Date Due: | |
| Categories: | |
| Grievance #: 454203 | |

**Claimant Name:** Thompson V          **CDCR #:** AU-9252

**Current Housing/Parole Unit:** C-11 - 146    **Institution/Facility/Parole Region:** RJD-SP

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

OOA Review
Imminent Risk: Y N
OOG Notification: Y N
Initials: TC  Date: 10/17

**Claim #s:**

_This is the process to appeal the decision made regarding a claim that is not listed above._

**Claim #:** _____

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

_I am dissatisfied with the response I was given because_

Where was this 602 Redirected to ???.
When will it be answered? And By who?
Me having to fight cellies and having
my life threatened because of my medical
Problems is an Emergency.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

What are you going to just let
me get assaulted until I get a
Cellie that wants to kill me because
I have NO control over shitting on

Pg 52 of 62

**DISTRIBUTION    Original:** Offender's File    **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claim #:**_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____ Mr SSl, f ? _____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:**_____   **Date Signed:** 10-6-23

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

Pg 53 of 62

# EXHIBIT "13"

Pg 54 of 62



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## OOA ACKNOWLEDGMENT RECEIPT

**Offender Name:** THOMPSON, DAVID A.                    **Date:** 10/17/2023

**CDC#:** AU9252

**Current Location:** RJD-Facility C


**Current Area/Bed:** C 011 1146001L


**From:** Office of Appeals


**Re:** Log # 000000454203


The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 10/16/2023. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 12/16/2023.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.


CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT

Pg 56 of 62

Blank Page
Due to
wrong Paging

David Thorpe

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** THOMPSON, DAVID ALLEN  **Date:** 11/22/2023
**CDC#:** AU9252
**Current Location:** RJD-Facility C  **Current Area/Bed:** C 011 1 - 146001L

Log #: 000000454203

## Claim #  001

**Received at Institution/Parole Region:** RJ Donovan Correctional Facility
**Submitted to Facility/Parole District:** RJ Donovan Correctional Facility
**Housing Area/Parole Unit:**
**Category:** Offender Classification  **Sub-Category:** Celling Issues (single/double)

### I. ISSUE ON APPEAL

You are appealing the redirection of your dispute.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3481

#### B. DOCUMENTS CONSIDERED

CDCR Form 602-1 and 602-2, Log No. 454203
Grievance/Appeal Log No. 452217

### III. REASONING AND DECISION

This claim concerns a dispute of your double cell housing status due to your incontinence and safety concerns. Because this claim disputes a decision made by staff, this claim should have been addressed on the merits instead of redirected as a request. Therefore, this claim is granted.

### IV. REMEDY

No further remedy is warranted, as this matter was already addressed by the Office of Grievances in claim no. 452217, and an appeal of the grievance decision in log no. 452217 is currently pending review by the Office of Appeals.

### Decision: Granted

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Moeckly [MOJO037] | Reviewing Authority | 11/21/2023 |

PG 57 of 62

STATE OF CALIFORNIA

**REQUEST TO IMPLEMENT REMEDIES**

CDCR 602-3 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| **STAFF USE ONLY** | **OGT Log No:** ___000000454203___  **Date Received:** _____ |
| | **Remedy Confirmed:** _____ **Remedy Unconfirmed:** _____ |
| | **Screen Out:** _____ **Status Letter:** _____ **Resolved:** _____ |

**Claimant Name:** THOMPSON, DAVID ALLEN _____   **CDCR #:** _____ AU9252 _____

**Institution/Parole Region:** _____ **Current Housing/Parole Unit:** _____

_Use this form to ask for a remedy that was granted but is overdue._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**Grievance or Appeal Log No:** _____ 000000454203 _____

**Claim No:** _____

**Date of Decision:** _____

**Description of Remedy:** _____

_____

> **This form shall be submitted by mail to:**
> Remedies Compliance Coordinator
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Remedies Compliance Program is only intended to resolve delays in the implementation of a remedy previously granted by the Office of Grievances or the Office of Appeals; it is not intended for new issues, to seek additional remedies, or to dispute the remedy provided.

When reviewing this request, the Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.

**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____   **Date Signed:** _____

_ADA Accessible_

Pg58 of 62

# EXHIBIT "14"

Pg S908 62

State of California                                                                 Department of Corrections and Rehabilitation

## Memorandum

Date   :   January 19, 2016

To    :   Associate Directors, Division of Adult Institutions
          Wardens

Subject:   **INMATE   HOUSING   ASSIGNMENT   CONSIDERATIONS   DURING   THE
           SCREENING AND HOUSING PROCESS**

This memorandum reiterates and clarifies the obligation of staff to consider the vulnerability of
inmates with medical, mental health condition or developmental disabilities when determining
whether to grant single-cell status under the California Department of Corrections and
Rehabilitation's Department Operations Manual (DOM), Chapter 5, Article 46 – Inmate
Housing Assignments (IHA).   The purpose of the IHA policy is to establish procedures for
determining the initial and subsequent housing assignments of inmates.     The
Warden/Administrator of the institution/facility is responsible for maximizing proper bed
utilization, ensuring inmates are appropriately housed, and ensuring the overall safety and
security of the institution.

A staff member at the level of a correctional supervisor or above is designated as the screening
authority.   The screening authority weighs many factors regarding the inmate's custodial
history and needs when considering housing assignments.   During housing reviews, staff must
use correctional experience and training, correctional awareness, and a sense of correctional
reasonableness to determine an inmate's suitability for dormitory, celled, and single-celled
housing.   All staff are to be cognizant of <u>all</u> available factors when determining an inmate's
housing assignment.   Typically, factors that are weighed during the review process include, but
are not limited to:

- Length of sentence
- Enemies and victimization history
- Criminal influence demonstrated over other inmates
- Vulnerability of the inmate due to medical, mental health, and disabilities
- Reason(s) for segregation
- History of "S" suffix determination
- History of in-cell assaults and/or violence
- Security Threat Group affiliation and/or association
- Nature of commitment offense
- Adaptive support needs listed on the CDCR Form 128 C-2

An inmate with a medical, mental health condition or developmental disabilities may be so
severely disabled they cannot reasonably protect themselves if physically threatened, or may
have a condition or disability which increases their vulnerability to attack, threats, or extortion
by a cell partner.   It is not necessary that the inmate also demonstrate a history of in cell abuse
in order to be approved for single-cell status.

Pg 60 of 62

Associate Directors, Division of Adult Institutions
Wardens
Page 2

Examples of inmates who should be considered for single-cell status, or other appropriate housing, on the basis of vulnerability are:

- An inmate who is blind and states he is at risk of an attack because of his disability.
- An inmate who is incontinent, and has "uncontrolled mishaps" that require him to clean himself at all hours of the day and night.
- An inmate with a mental illness whose psychiatric symptoms or conditions may create conflict or vulnerability when housed with cellmates or dorm-mates.
- An inmate who states he has a history of being victimized by his cell partner as a result of his disability.
- An inmate with gender dysphoria (studies show this can increase the risk of sexual victimization).

Inmates who are incontinent, or use diapers or colostomy supplies, and inmates with mental health conditions that lead to bizarre or disruptive behavior, such as Tourette syndrome or psychotic episodes, may have an increase in their vulnerability to attack, threats, or extortion by a cell partner.

If there is a question whether a medical, mental health condition is present and consultation with medical or mental health staff is required, custodial staff shall submit a request for review and recommendations related to single-cell consideration. The screening authority should consider the recommendations of medical and mental health staff regarding the most appropriate housing for the inmate given the vulnerability that maybe created by their medical or mental health condition(s).

Once a screening authority has determined an inmate should be placed on single-cell status, all procedures should be followed in accordance with the DOM sections 54046.5, 54046.6, and 54046.9. Staff will continue to ensure current housing policies regarding special category inmates such as *Coleman, Plata, Madrid, Armstrong,* and *Clark,* remain in place during the housing process.

The safety and security of all involved is the goal. If at any time an inmate comes to staff and expresses he or she has a vulnerability issue, staff should, as soon as possible, take all appropriate measures to ensure the inmate is safely housed in accordance with policy and procedures. If review of the issue confirms a real and present threat to the safety of an inmate exists, appropriate measures should be taken immediately to safely and appropriately rehouse the inmate. If an inmate claiming to be vulnerable is not granted single–cell status, but is provided alternative housing, the reasons for that placement determination must be documented.

Pg 61 of 62

Associate Directors, Division of Adult Institutions
Wardens
Page 3

An inmate who believes he or she has a vulnerability issue may notify staff by submitting a CDCR Form 22, Request for Interview, Item, or Service; or by appealing their current housing assignment via a CDCR Form 602, Inmate/Parolee Appeal. An inmate may also submit a CDCR Form 1824, Reasonable Accommodation Request, to alert staff concerning a disability-based housing issue. However, these forms are not intended to preclude verbal communication or requests. All forms of communication shall be reviewed for emergent issues.

Wardens shall ensure 60 days from the date of this memorandum that all correctional staff are trained regarding this policy. The Warden shall also ensure a certification letter is sent to their Associate Director indicating the training was completed.

If you have any questions, please contact Jean Weiss, Special Assistant (A) to the Director, Division of Adult Institutions, at (916) 323-1029.


SCOTT KERNAN
Secretary

cc:   Kelly Harrington
      Ralph M. Diaz
      Kathleen Allison
      Jean Weiss