UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID A. THOMPSON,

Plaintiff,

v.

JAMES S. HILL, et al.,

Defendants.

Case No.:  24-CV-357 TWR (DDL)

**ORDER (1) ADOPTING REPORT & RECOMMENDATION, AND (2) DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**

(ECF Nos. 48, 66)

Presently before the Court is Defendants' Motion to Dismiss the Second Amended Complaint for Failure to State a Claim for Which Relief May Be Granted ("Mot.," ECF No. 48).  Magistrate Judge David D. Leshner has issued a Report and Recommendation for Order Denying Motion to Dismiss as Moot ("R&R," ECF No. 66).  Having carefully reviewed the Parties' arguments, Magistrate Judge Leshner's R&R, and the law, the Court **ADOPTS** Magistrate Judge Leshner's R&R in its entirety and **DENIES AS MOOT** Defendants' Motion, as follows.

## BACKGROUND

Magistrate Judge Leshner's R&R contains a thorough and accurate recitation of the factual and procedural history underlying the instant Motion.  (*See* R&R at 2–4.)  This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Leshner's R&R.  (*See* R&R at 10 (ordering that any objections be filed no later than February 5, 2026).)  Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error.  The Court therefore **ADOPTS** Magistrate Judge Leshner's R&R in its entirety and **DENIES AS MOOT** Defendants' Motion.

## CONCLUSION

In light of the foregoing, the Court:

(1)    **ADOPTS** in its entirety Magistrate Judge Leshner's R&R (ECF No. 66);

(2)    **DENIES AS MOOT** Defendants' Motion (ECF No. 48); and

/ / /

/ / /

/ / /

/ / /

/ / /

(3)   **ORDERS** Defendants to Respond to Plaintiff's Third Amended Complaint, if one is filed, within <u>twenty-one (21) days</u> of its entry on the docket.

**IT IS SO ORDERED.**

Dated:  March 3, 2026

_____
Honorable Todd W. Robinson
United States District Judge

3